PIONEER FIRE-PROOF & CONSTRUCTION COMPANY V.
J. H. McCLAY ET AL.

FILED APRIL 21, 1898.   No. 7987.

Action on Contractor's Bond: PARTIES. One not a party to a contractor's bond may maintain an action thereon, when such bond was executed for his benefit.

ERROR from the district court of Lancaster county. Tried below before STRODE, J. *Reversed.*

*William Leese* and *E. E. Brown,* for plaintiff in error.

*C. A. Atkinson* and *Walter A. Leese, contra.*

NORVAL, J.

This was a suit on a building contractor's bond. A general demurrer was sustained to the petition, and the plaintiff electing to stand on its pleading, the cause was dismissed.

The decision is controlled by that of *Pickle Marble & Granite Co. v. McClay,* 54 Neb. 661. For the reason given in the opinion filed therein, the judgment of the district court is reversed and the cause remanded for further proceedings.

REVERSED AND REMANDED.